UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIS TRUITT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                               /

Case No. 16-10033

Honorable Nancy G. Edmunds

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]**

Plaintiff Doris Truitt seeks review of Defendant Commissioner of Social Security's determination that she is not entitled to social security benefits. The Court referred the matter to Magistrate Judge Mona Majzoub, and on January 9, 2017, the Magistrate Judge issued a Report and Recommendation (R&R) that the Court reverse Defendant's decision and remand it for further proceedings. Although the Magistrate Judge directed the parties to file any objections to the R&R's findings within fourteen days of service, no objections have been filed thus far. The failure to file objections to the R&R waives any further right to appeal. *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505, 508 (6th Cir. 2001); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Moreover, the failure to object to the R&R releases the Court from its duty to review the matter independently. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Nonetheless, the Court agrees with the Magistrate Judge's analysis and recommendation. The Court therefore ACCEPTS AND ADOPTS the R&R.

IT IS THEREFORE ORDERED that Plaintiff's motion for summary judgment [11] is GRANTED; Defendant's motion for summary judgment [13] is DENIED; Defendant's decision is REVERSED; and this matter is REMANDED for further proceedings consistent with the R&R.

SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: January 26, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2017, by electronic and/or ordinary mail.

                                              s/Carol J. Bethel
                                              Case Manager